### No. 356

No. 19395—The Youngstown & Suburban Railway Company v. Mabel Faulk. Error to the Court of Appeals of Mahoning County.

941. PRACTICE & PROCEDURE—It is error for a trial judge to overrule a motion for a new trial when no proof or evidence is introduced as to defendants negligence.

460. ERROR—Where no evidence is introduced to show defendants negligence it is reversible error for trial judge to overrule a motion for a new trial.

KINKADE, J.

A verdict and judgment in favor of the plaintiff in an action based on negligence, wherein no evidence is offered tending to establish negligence of defendant, are contrary to law, and it is reversible error for the trial judge to overrule a motion for a new trial based on this ground.

Judgments reversed.

Marshall, CJ., Jones, Matthias, Day, Allen and Robinson, JJ., concur.